*1109/588*
*$5.21*
*4/4/11*

# BRICK, BRICK AND ELMER, P.C.
### ATTORNEYS AND COUNSELLORS AT LAW
91 TREMONT STREET
P. O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

PHONE (716) 693-2335
FAX (716) 693-4972
BRICKELMER@AOL.COM

Daniel Evans Brick
Kendra S. Vergason
Sabrina M. May
John A. Readling

Anthony W. Brick, Jr.
(1909-1991)

Thomas R. Elmer
(1945-2004)

March 31, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
2nd Floor
Buffalo, NY 14202



FILED
APR - 4 2011
BANKRUPTCY COURT
BUFFALO, NY

RE: Lisicki, Darren T../Case No.: 09-13495 K
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.21. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount | Claims Register # |
|---|---|---|
| M& T Bank | $3.21 | 3 |
|  |  |  |
|  |  |  |

Daniel E. Brick/JAC
Daniel E. Brick, Trustee